

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,328-01

### EX PARTE CODY MOORE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W19-59388-K(A) IN THE CRIMINAL DISTRICT COURT NO. 4
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of attempted possession of a controlled substance and sentenced to 12 months' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On January 11, 2021, the State filed a response to the application and recommended granting relief. However, the trial court did not enter findings of fact and conclusions of law or make any recommendation. The record before us suggests that Applicant may be entitled to relief, either because he is still detained or because he is on parole release from this sentence, but we are unable to confirm Applicant's status from this record.

The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 14, 2021
Do not publish